AO 91 (Rev. 08/09) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

DEC - 5 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Ivan SANCHEZ-Jorge<br><br>Defendant(s) | )<br>)<br>)  Case No.  DR:22-2952m-01<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2022-12-03__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 554 | did unlawfully, knowingly and intentionally export or attempt to export any merchandise, to wit: one (1) handgun and two (2) shotguns, from the United States contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

_____
Complainant's signature

Leo Buentello, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __12/05/2022__

_____
Judge's signature

City and state: __Del Rio, Texas__

United States Magistrate Judge
Printed name and title

**Victor Roberto Garcia**
**U.S. Magistrate Judge**

# ATTACHMENT A

On December 3, 2022, at approximately 0757 hours, Ivan SANCHEZ-Jorge (DOB: 04/05/1983) was encountered by Customs and Border Protection (CBP) Officers at the Eagle Pass, Texas Port of Entry (POE) Bridge #2, during an outbound inspection. SANCHEZ-Jorge was the driver and is the register owner of a 2021 Dodge Ram with Florida license plate number KRWA58. CBP obtained a primary negative declaration from SANCHEZ-Jorge and referred SANCHEZ-Jorge for secondary inspection where CBP Officers obtained a secondary negative declaration from SANCHEZ-Jorge and other passengers in SANCHEZ-Jorge's truck.

At secondary, SANCHEZ-Jorge property was inspected utilizing the Non-Intrusive Inspection Scan Van. A black in color plastic bag was scanned, revealing anomalies. Physical inspection of the plastic bag's contents revealed a white purse containing a Sig Sauer 9mm Handgun, Serial #S007059 and a gun magazine wrapped in tissue paper and plastic wrapping. In addition, further inspection of SANCHEZ-Jorge truck revealed a Hogue 12-gauge shotgun, serial #MV0297368, and a New England Pardner 12-gauge shotgun, serial #NJ220835 strapped underneath the passenger's rear seat.

Homeland Security Investigations (HSI) Special Agents (SAs) were notified of the incident and responded to Eagle Pass POE. HSI SAs read SANCHEZ-Jorge his Miranda Warning in Spanish and he agreed to be interviewed by HSI SAs.

SANCHEZ-Jorge stated the three firearms found in his truck belonged to him and had concealed the handguns in the truck in order to be smuggled to Mexico. SANCHEZ-Jorge admitted to strapping the two shotguns underneath the rear seat and hiding the pistol in the pursue. SANCHEZ-Jorge stated he knew it was illegal to export firearms from the United States to Mexico and had lied to CBP Officers when they asked him if he had firearms.